UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>            Plaintiff,<br><br>   v.<br><br>JOSE RODRIGUEZ, et al.,<br><br>            Defendants. | Case No. 22-cv-00127-JSW<br><br>**ORDER REGARDING UNILATERAL NOTICE OF SETTLEMENT AND INSTRUCTIONS TO PLAINTIFF'S COUNSEL**<br><br>Re: Dkt. No. 21 |

Plaintiff has filed a unilateral notice of settlement and a request to vacate all dates. Plaintiff and his counsel are frequent litigants in the Northern District and before this Court. Plaintiff and his counsel are HEREBY ADVISED that in cases assigned to the undersigned, when the opposing party has appeared, and the parties are seeking to vacate deadlines, the parties shall file a stipulated request. If the Court does not receive a stipulation, it will not vacate deadlines and, instead, will continue the matter.

Because Defendants have appeared but have not signed Plaintiff's request, the Court will CONTINUE all deadlines by seventy-five days. If this matter has not been dismissed by June 3, 2022, the parties shall file a joint request to continue or a joint status report.

**IT IS SO ORDERED.**

Dated: April 1, 2022

_____
JEFFREY S. WHITE
United States District Judge